A02A0903. ACREE et al. v. McMAHAN.
(605 SE2d 32)

SMITH, Chief Judge.

In *Acree v. McMahan*, 276 Ga. 880 (585 SE2d 873) (2003), the Supreme Court affirmed in part and reversed in part this Court's opinion in *Acree v. McMahan*, 258 Ga. App. 433 (574 SE2d 567) (2002). We therefore vacate our earlier opinion and adopt the opinion of the Supreme Court as our own.

*Judgment affirmed in part and reversed in part. Eldridge and Ellington, JJ., concur.*

DECIDED APRIL 21, 2004.

*Odom & Des Roches, John G. Odom, Bouhan, Williams & Levy, Walter C. Hartridge, David M. Conner*, for appellants. *O. Wayne Ellerbee, Tom W. Thomas*, for appellee.